

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2015

No. 04-15-00584-CV

**IN RE TRANSAMERICA LIFE INSURANCE COMPANY**

Original Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

On September 17, 2015, relator Transamerica Life Insurance Company filed a petition for writ of prohibition and motion for temporary emergency relief. A writ of prohibition is typically used to prohibit an unlawful interference with or enforcement of a superior court's orders or judgments. *Holloway v. Fifth Court of Appeals*, 767 S.W.2d 680, 683 (Tex. 1989). Relator seeks a writ of prohibition in this proceeding to prevent enforcement of an existing final district court judgment. A writ of prohibition is an extraordinary writ, available only for grievances that may not be addressed by other legal remedies. *Id.* at 684. The court has considered the petition for writ of prohibition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of prohibition and motion for temporary emergency relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on September 18, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 15-01-0043-CVA, styled *J.G. Wentworth Originations, LLC v. Annuitant J. LeRoy*, pending in the 81st Judicial District Court, Atascosa County, Texas, the Honorable Donna S. Rayes presiding.